UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FLOYD WALLACE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00292 |
| | § | |
| HEATHER TAYLOR, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

All of the claims against all of the parties have now been dismissed with prejudice (Dkt. No. 34). Brandon Lopez, though named as a Defendant, has never been served and is not a party. On July 5, 2022, this Court granted the City's motion to dismiss. [Dkt. 23]. This Court denied the qualified immunity motion of Defendants Taylor, Hartley, and Hamilton on July 7, 2022. [Dkt. 24]. The Fifth Circuit reversed the denial of immunity and rendered judgment for Taylor, Hartley, and Hamilton on April 14, 2023. The judgment of the Court of Appeals was issued as the mandate on May 8, 2023, and filed of record in this Court that day. [Dkt. 32].

Accordingly, since all relief has been denied as to all Defendants who have been served and have appeared in this action, this action is DISMISSED WITH PREJUDICE.

SIGNED on June 22, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge